1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  JAMES PRISTAS, an individual;  | Case No.: 2:20-cv-00691-JAD-NJK

10                Plaintiff,

11    v.

12                                  **STIPULATION AND ORDER FOR**
    MEDICREDIT, INC., a foreign corporation;   **DISMISSAL OF DEFENDANT WITH**
13                                  **PREJUDICE**

14                Defendant.
                                    ECF No. 7
15

16      Plaintiff, James Pristas ("Plaintiff"), and Defendant, Medicredit, Inc. ("Medicredit") (the

17  "Parties") have resolved all claims, disputes, and differences between the Parties.

18      Therefore, the Parties, by and through their respective attorneys of record, and subject to

19  the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

under FRCP 41(a), with Plaintiff and Medicredit bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 10, 2020

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 10, 2020

**SPENCER FANE LLP**

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
mbacon@spencerfane.com
*Attorneys for Defendant Medicredit, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 11, 2020